IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01104-REB-KLM

JODY HALE,

    Plaintiff,

v.

COORS DISTRIBUTING COMPANY,

    Defendant.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 15; Filed October 29, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Order.

Dated: October 30, 2008