IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01104-REB-KLM

JODY HALE,

    Plaintiff,

v.

COORS DISTRIBUTING COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Opposed Motion to Vacate and Reset** [Docket No. 48; Filed May 11, 2009] (the "Motion"). After filing the Motion, Defendant notified the Court that Plaintiff does not oppose the Motion. [Docket No. 50].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Hearing on the Motion to Compel set for May 13, 2009 at 11:00 a.m. is **vacated** and **reset** to **July 9, 2009 at 10:30 a.m.**

Dated: May 12, 2009