IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01104-REB-KLM

JODY HALE,

    Plaintiff,

v.

COORS DISTRIBUTING COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff Jody Hale's Motion for Reconsideration of the Court's Minute Order Vacating the Motion to Compel hearing and Request for Telephone Conference** [Docket No. 52; Filed May 12, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**.  On May 13, 2009, counsel shall call the Court at (303) 335-2770 in a joint conference call to set a hearing for the following week.  Plaintiff's counsel is advised that this Court cannot change the case deadlines set by Judge Blackburn.  Any modification of the scheduling order must not interfere with those deadlines.

Dated:  May 12, 2009