**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01104-REB-KLM

JODY HALE,

      Plaintiff,

v.

COORS DISTRIBUTING COMPANY,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Dismissal With Prejudice** [#113] filed October 2, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#113] filed October 2, 2009, is **APPROVED**;

2. That the jury trial set to commence October 5, 2009, is **VACATED**; and

3. That any pending motion is **DENIED** as moot; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Date October 2, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              Robert E. Blackburn
                                              United States District Judge